**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felipe CARRASCO–RIVERA, Defendant–Appellant.**

**No. 09–50005.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 13, 2009.

Christopher Paul Tenorio, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Vincent James Brunkow, Esquire, Assistant Appellate Supervisor, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON and CLIFTON, Circuit Judges.

## MEMORANDUM **

Felipe Carrasco–Rivera appeals his 48-month sentence and conviction for being a previously deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not err in imposing a sixteen-level sentencing enhancement for Carrasco–Rivera's prior conviction under California Penal Code § 288(a). *See* U.S.S.G. § 2L1.2(b)(1)(A)(ii). We previously have held that § 288(a) categorically constitutes a "crime of violence" under the approach set forth in *Taylor v. United States,* 495 U.S. 575, 110 S.Ct. 2143, 109 L.Ed.2d 607 (1990). *United States v. Medina–Maella,* 351 F.3d 944, 947 (9th Cir.2003). For the reasons explained in *United States v. Medina–Villa,* 567 F.3d 507, 511 (9th Cir.2009), our recent decision in *Estrada–Espinoza v. Mukasey,* 546 F.3d 1147 (9th Cir.2008) (en banc), does not change this conclusion.

As Carrasco–Rivera concedes, his remaining arguments—that we should limit *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), to its facts under the doctrine of constitutional doubt; that *Almendarez–Torres* has been overruled; and that 8 U.S.C. § 1326(b) is unconstitutional—are squarely foreclosed by our precedent. *See United States v. Salazar–Lopez,* 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir.2006); *United States v. Covian–Sandoval,* 462 F.3d 1090, 1096–97 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

